original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ FRANCES E. BLAUFARB v. SEYMOUR M. BLAUFARB, Also Known as SIDNEY M. BARTON.— Motion for stay denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ FRANCES E. BLAUFARB v. SEYMOUR M. BLAUFARB, Also Known as SIDNEY M. BARTON.— Motion to dismiss appeal denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ NEIL ROSENSTEIN v. SELMA ROTHENBERG.— Motion granted insofar as to permit the appeal to be heard on a typewritten record on appeal and on typewritten appellant's points, on condition that the appellant serves one copy of the typewritten record on appeal and one copy of the typewritten appellant's points upon the attorney for the defendant and files six copies of each thereof with this court on or before September 24, 1959, with notice of argument for October 6, 1959, said appeal to be argued or submitted when reached. The cross motion to dismiss the appeal is granted unless the appellant perfects his appeal for argument on October 6, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ CONCETTA R. ALESI, as Administratrix v. CITY OF NEW YORK et al.— Motion dismissed. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

## (May 28, 1959)

■ JEWISH HOSPITAL OF BROOKLYN v. LEON J. DAVIS, as President, et al.— Cross motion to dismiss appeals denied. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ RONSON ART METAL WORKS, INC. v. GIBSON LIGHTER MFG. CO. et al.— Motion for leave to reargue denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ JAMES McVAY, JR., an Infant, by JAMES McVAY, SR., His Guardian ad Litem, et al., v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al.— Motion granted to the extent of dispensing with the printing of the record on appeal and the appellants' points and permitting the appeal to be heard on the original case on appeal, after the same has been settled by the Trial Justice, and upon typewritten appellants' points on condition that the appellants serve one copy of the typewritten appellants' points upon the Corporation Counsel and file six copies thereof with this court. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL TORRES.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the New York County District Attorney and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.